IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DARRIN LAVINE, TRUSTEE OF DCM, ETC., ET AL.,

      Appellants,

v.                                                                                    Case No.  5D15-2450

JPMORGAN CHASE BANK, ETC., ET AL.,

      Appellees.
_____/

Opinion filed July 21, 2017

Appeal from the Circuit Court
for Volusia County,
H. Pope Hamrick, Jr., Judge.

Kelley A. Bosecker, of Law Office of Kelley
A. Bosecker, St. Petersburg, for Appellant,
David C. Mangham.

No Appearance for other Appellant.

Elliot B. Kula, W. Aaron Daniel and William
D. Mueller, of Kula & Associates, P.A.,
Miami, for Appellee, JPMorgan Chase
Bank.

No Appearance for other Appellees.

PER CURIAM.

      Darrin Lavine, as trustee of the DCM revocable trust, and David C. Mangham

appeal the final judgment of foreclosure entered by the trial court in favor of JPMorgan

Chase Bank. We affirm on all issues except those related to Lavine, as trustee of the DCM revocable trust.

Lavine signed the notice of appeal, indicating he was appearing pro se on behalf of the trust. However, since Lavine is not an attorney, he cannot represent the trust because doing so constitutes the unauthorized practice of law. See <u>EHQF Tr. v. S & A Cap. Partners, Inc.</u>, 947 So. 2d 606, 606 (Fla. 4th DCA 2007). Accordingly, as to Lavine, as Trustee of the DCM Revocable Trust, the appeal is dismissed. <u>Id.</u> at 606-07.

AFFIRMED, as to David C. Mangham; and DISMISSED, as to Darrin Lavine, Trustee of DCM Revocable Trust.


PALMER, TORPY and BERGER, JJ., concur.